UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
ASHLAND

(Electronically Filed)

| | |
|---|---|
| ZOMBA RECORDING LLC, et al., | Case No.: 0:08-cv-00031-HRW |
| Plaintiffs, | |
| vs. | |
| DOES 1 - 15, | |
| Defendant. | |

**<u>NOTICE OF DISMISSAL WITHOUT PREJUDICE</u>**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs ZOMBA RECORDING LLC, et al., by and through their attorneys, voluntarily dismiss this case against all remaining Doe Defendants without prejudice, each party to bear its own fees and costs. The Clerk of Court is respectfully requested to close this case.

DATED: February 2, 2009            By: /s/ David D. Black
                                   David D. Black (KY Bar # 85647)
                                   DINSMORE & SHOHL, LLP
                                   255 East Fifth Street, Suite 1900
                                   Cincinnati, OH  45202-4700
                                   (513) 977-8200 (Telephone)
                                   (513) 977-8141 (Facsimile)
                                   ATTORNEYS FOR PLAINTIFFS